SUZANNE AH-TYE, CHIEF COUNSEL SBN 85386
JUDITH D. SAPPER, ASST. CHIEF COUNSEL SBN 116942
LINDA PLATISHA, Staff Counsel, SBN 195281
STATE COMPENSATION INSURANCE FUND
1750 E. Fourth Street, Suite 450
Santa Ana, California 92705
Telephone:  (714) 347-6130
Facsimile:   (714) 347-6145

JS - 6
CC:
FISCAL

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE COMPENSATION INSURANCE FUND,<br><br>          Plaintiff,<br><br>     vs.<br><br>STRATUS SERVICES GROUP, INC., and DOES 1 through 100, inclusive,<br><br>          Defendant. | **Case No.: CV06-3025 CAS (SH-x)**<br><br>**[PROPOSED]**<br><br>**AMENDED JUDGMENT** |

IT IS ORDERED AND ADJUDGED  that pursuant to a Stipulated Judgment entered into between State Compensation Insurance Fund and Stratus Services Group, Inc. that a judgment be entered against Stratus Services Group, Inc. in favor of State Compensation Insurance Fund in the amount of $1,942,419.15. State Fund voluntarily waives any interest that is due or may be due in the future related to this Judgment.

Dated: December 4, 2008

*Christine A. Snyder*

_____
United States District Judge